## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAJIBULLAH NOOR, | ) | |
| | ) | Case No. 3:26-cv-036 |
| *Petitioner*, | ) | |
| | ) | District Judge Stephanie L. Haines |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF | ) | |
| HOMELAND SECURITY, *et al.*, | ) | |
| | ) | |
| *Respondents*. | ) | |
| | ) | |

### JUDGMENT

**AND NOW** this ____ day of April, 2026, it is hereby **ORDERED, ADJUDGED AND DECREED** that, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **FINAL JUDGMENT** is entered in favor of Respondents and against Petitioner.

Stephanie L. Haines
United States District Judge

Cc:    Counsel of record
       (Via CM/ECF electronic mail)